14-800-CR

Keith,                                    1-30-15

I honestly don't understand this
letter that was sent to me about
the Appelle. But I do Give Wayne Scott
Knowlton and Kimberly Knowlton to pay
all fee's that I owe to court. Also
my father hired a paid Lawyer Sam Hi.Lock
and I gave my father permission to take
over while I'm locked up. Do you mind
letting me know specificly what else I need
to do please. Thank you.

           Yours very Truly,
           Whitney Knowlton
              #1969301

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
2015 FEB -4. PM 12: 52
Keith E. Hottle
KEITH E. HOTTLE, CLERK

FOREVER

NORTH HOUSTON TX 77...

02 FEB 2015 PM 4 L

Whitney Knowlton #1969301
Plane State Unit
904 FM 686
Dayton, TX 77535

Keith E. Hottle
300 Dolorosa, Suite 3200
San Antonio, TX 78205

78205613000

78205613000

2015 FEB -4 PM 12:52

IN THE COU...
AT SAN AN...

Legal